UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | 4:04CR3067 |
| | ) | |
| Plaintiff, | ) | |
| | ) | ORDER ON REQUEST FOR HEARING |
| vs. | ) | ON RULE 35(b) MOTION |
| | ) | |
| VICTOR M. ALVARO-REYES, | ) | |
| aka Cruz De Luna, | ) | |
| | ) | |
| Defendant. | ) | |

The United States of America has orally requested a hearing during a conference telephone call with my chambers on its previously filed Rule 35 (b) Motion.

IT IS ORDERED that:

1. the oral request for hearing on the previously filed Rule 35(b) Motion, filing 41, is granted;

2. the hearing will be held on October 18, 2006, at 3:00 p.m. in Courtroom 4, U.S. Courthouse, 100 Centennial Mall North, Lincoln, Nebraska;

3. the U.S. Marshals are directed to have the defendant, Victor M. Alvaro-Reyes, aka Cruz De Luna, present for the hearing.

Dated October 10, 2006.

BY THE COURT

s/ Warren K. Urbom
United States Senior District Judge